THEODORE C. LAWRENCE, Respondent, *v.* HENRY M. CALAM et al., (Substituted in place of T. HENRY CALAM, Deceased), et al., Appellants.

Submitted February 28, 1944; decided April 6, 1944.

Motion by respondent for reargument denied, without costs. (See 236 N. Y. 168.)